**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA FLORIDA**

**UNITED STATES OF AMERICA**

**v.** **Case No.: 8:25-cr-26-VMC-NHA**

**DANNY ALEXIS SIGUENCIA OYOLA**
**________________________________________/**

**NOTICE OF APPEARANCE AS CO-COUNSEL**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, DANNY ALEXIS SIGUENCIA OYOLA, in the above-styled cause. The Clerk is requested to enter the appearance of Danielle Musselman, Research and Writing Attorney, as co-counsel for the defendant for purposes of appeal only.

DATED this 18th day of August 2026.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

***/s/ Danielle Musselman***

Danielle Musselman, Esq.
Research and Writing Attorney
Virginia Bar Number 98321
400 North Tampa St., Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-Mail: Danielle_Musselman@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of August 2026, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to the United States Attorney's Office.

***/s/ Danielle Musselman***
Danielle Musselman, Esq.
Counsel of Record