Nov. 12Th, 2026

To whom it may concern at THE DISTRICT COURT CLERK office, I'm Respectfully Requesting my "Docket sheet" I need it For some legal purpose.

THanks.

Danny Alexis Siguencia Oyola - 57320-511
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 1000
OXFORD. WI 53952.

NOV 17 2026 PM1:20
FILED - USDC - FLMD - TPA