DANNY ALEXIS SIGUENCIA OYOLA - 57320-511
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OXFORD. WI, 53952

MILWAUKEE WI 53
14 NOV 2026 PM 4

FOREVER
PURPLE HEART

⇨57320-511⇨
Sam M Gibbons Courthouse
2 Floor 801 North Florida Avenue
Tampa, FL 33602
United States

Screened by
USMS

"LEGAL MAIL"

33602-384999

Date 11-13-2026

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has justification, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to:

FEDERAL CORRECTIONAL INSTITUTION
OXFORD, WISCONSIN 53952